# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

---

**Hilbert S.**

    vs.

**County of Tioga, et al**

---

JUDGMENT IN A CIVIL CASE

**CASE NO.**   3:03-CV-193

    \_\_\_\_   **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  **X**   **DECISION BY COURT.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IS GRANTED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED JUNE 21, 2005.

Dated:   June 21, 2005

Clerk of Court

 s/ S. Potter
By:  Deputy Clerk